█ In the Matter of MT. HOPE TRUCKING CO., INC., Petitioner, v RAYMOND P. MARTINEZ, Respondent. [783 NYS2d 872]—

Proceeding pursuant to CPLR article 78 to review a determination of the New York State Department of Motor Vehicles Appeals Board dated January 21, 2003, affirming a determination of an Administrative Law Judge, dated June 5, 2002, which, after a hearing, found that the petitioner violated New York City Traffic Rules and Regulations (34 RCNY) § 4-15 (b) (9) and imposed a fine of $6,950.

Adjudged that the determination is confirmed, the petition is denied, and the proceeding is dismissed on the merits, with costs.

The seizure of the petitioner's truck at a weigh station pursu-

ant to a nondiscriminatory pattern of selection by the officer weighing the vehicles was constitutional (*see Matter of Masons v Martinez,* 8 AD3d 671, 672 [2004]; *Matter of City Hawk Indus. v Martinez,* 2 AD3d 635, 636 [2003]).

The petitioner's remaining contentions are without merit (*see Matter of IESI NY Corp. v Martinez,* 8 AD3d 667, 668 [2004]; *Matter of Sureway Towing, Inc. v Martinez,* 8 AD3d 490, 491 [2004]). Smith, J.P., Adams, Crane and Skelos, JJ., concur.